IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GRETYSTAR MANAGEMENT
doing business as
Sorelle Apts.,

    Plaintiff,

      v.

MIRANDA ISON,

    Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-3166-TWT

ORDER

This is a dispossessory action wrongfully removed to this Court.  It is before

the Court on the Report and Recommendation [Doc.  3] of the Magistrate Judge

recommending dismissing the action for lack of subject matter jurisdiction.    The

Court approves and adopts the Report and Recommendation as the judgment of the

Court.  This action is DISMISSED for lack of subject matter jurisdiction.

SO ORDERED, this 27 day of September, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Gretystar Management\r&r.wpd